# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1115
_____

Yenny Servellon

*Petitioner*

v.

Eric H. Holder, Jr.

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 6, 2012
Filed: November 7, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Yenny Servellon, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. After careful review, we find no basis for reversal, as the denials of relief were supported by substantial evidence on the administrative record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775,

781, 784 (8th Cir. 2008) (substantial-evidence standard for asylum claim; denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations). Accordingly, we deny the petition for review. <u>See</u> 8th Cir. R. 47B.

_____